TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00093-CR

Mark Boesch, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW OF CALDWELL COUNTY

NO. 24,485, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

PER CURIAM

Appellant moves to dismiss this appeal. See Tex. R. App. P. 42.2(a). The motion is
granted. The appeal is dismissed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: April 2, 1998

Do Not Publish